[No. 8723-5-II.   Division Two.   February 24, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. JAMES E. FORHAN, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84-1-00486-8, Terence Hanley, J., entered April 16, 1985. *Reversed* by unpublished opinion per

Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.